IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE KENYA-TRUSANT GROUP, LLC, | ) |
| | ) Case No. 1:24-cv-2592 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**ANSWER**

The Defendant, the United States of America answers and responds to the Plaintiff's complaint as follows:

**A.   NATURE OF THE ACTION**

1.   The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 1 that employment taxes were paid for 2021. The remaining allegations in Paragraph 1 contain legal conclusions. To the extent that it may be construed to contain factual or legal assertions requiring a response, the United Sates admits them.

2.   Paragraph 2 contains legal statements. To the extent that paragraph 2 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited section 2301 of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), P.L. 116-136, 134 Stat. 281, enacted on March 27, 2020, as amended and modified by the Taxpayer Certainty and Disaster

Tax Relief Act of 2020 (Relief Act), enacted as Division EE of the Consolidated Appropriations Act, 2021, P.L. 116-260, 134 Stat. 1182, on December 27, 2020, and under I.R.C. § 3134, enacted by section 9651 of the American Rescue Plan Act of 2021 (ARP Act), Pub. L. No. 117-2, 135 Stat. 4, on March 11, 2021, [hereinafter CARES Act § 2301 and I.R.C. § 3134] and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

3. Paragraph 3 contains legal statements. To the extent that paragraph 3 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited CARES Act § 2301 and I.R.C. § 3134, and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

4. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation set forth in Paragraph 4.

5. The Defendant admits that the Employee Retention Credit (ERC) claim at issue in this Complaint has not been paid to the Plaintiff for the years at issue. The remaining allegations in Paragraph 5 contain legal statements. To the extent they require an answer, the United States lacks sufficient information and knowledge to form a belief as to their truth.

## II. PARTIES

6. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 6.

7. The Defendant admits the allegations contained in Paragraph 7.

## III. JURISDICTION AND VENUE

8. Paragraph 8 contains legal statements. To the extent that paragraph 8 contains allegations that the Defendant is required to answer, it lacks sufficient information and knowledge to form a belief as to the truth of the allegation set forth in Paragraph 8.

9. Paragraph 9 contains legal statements. To the extent that paragraph 9 contains allegations that the Defendant is required to answer, it lacks sufficient information and knowledge to form a belief as to the truth of the allegation set forth in Paragraph 8.

10. Paragraph 10 contains legal statements. To the extent that paragraph 10 contains allegations that the Defendant is required to answer, it lacks sufficient information and knowledge to form a belief as to the truth of the allegation set forth in Paragraph 10.

11. Paragraph 11 contains legal statements. To the extent that paragraph 11 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of portions of the cited CARES Act § 2301 and I.R.C. § 3134, and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

12. Paragraph 12 contains legal statements. To the extent that paragraph 12 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of portions of the cited CARES Act § 2301

(c)(2)(A)(i) & (C) and I.R.C. § 3134 (c)(2)(A)(i) & (C), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

13. Paragraph 13 contains legal statements. To the extent that paragraph 13 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of portions of the cited CARES Act § 2301(b)(3) and I.R.C. § 3134(b)(3), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

*B. Aggregation Rule*

14. Paragraph 14 contains legal statements. To the extent that paragraph 14 contains allegations that the Defendant is required to answer, it admits it admits them to the extent that they are consistent with the text of portions of the cited CARES Act § 2301(d) and I.R.C. § 3134(d), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

*C. Significant Decline in Gross Receipts*

15. Paragraph 15 contains legal statements. To the extent that paragraph 15 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the CARES Act, and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

16. Paragraph 16 contains legal statements. To the extent that paragraph 16 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited CARES Act § 2301(c)(2)(B), and

respectfully refers the Court to that provision, which speaks for itself, and otherwise denies the allegations.

17.  Paragraph 17 contains legal statements. To the extent that paragraph 17 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the CARES Act, and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

18.  Paragraph 18 contains legal statements. To the extent that paragraph 18 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited I.R.C. § 3134(c)(2)(A), and respectfully refers the Court to that provision, which speaks for itself, and otherwise denies the allegations.

19.  Paragraph 19 contains legal statements. To the extent that paragraph 19 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited I.R.C. § 3134(c)(2)(A) & (B), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

*D. Full or Partial Suspension of Operations*

20.  Paragraph 20 contains legal statements. To the extent that paragraph 20 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited I.R.C. § 3134(c)(2)(A)(ii)(I) and

CARES Act § 2301(c)(2)(A)(i), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

21.     Paragraph 21 contains legal statements. To the extent that paragraph 21 contains allegations that the Defendant is required to answer, it admits that it contains text quoted from IRS Notice 2021-20, and respectfully refers the Court to that Notice, which speaks for itself, and otherwise denies the allegations.

### E. Qualified Wages

22.     Paragraph 22 contains legal statements. To the extent that paragraph 22 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited CARES Act § 2301(c)(3) and I.R.C. § 3134(c)(3), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

23.     Paragraph 23 contains legal statements. To the extent that paragraph 23 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited CARES Act § 2301(c)(3)(C) & (5) and I.R.C. § 3141(c)(3)(ii) & (4), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

24.     Paragraph 24 contains legal statements. To the extent that paragraph 24 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited CARES Act § 2301(c)(3)(A)(i) (incorporating I.R.C. § 4980H), I.R.C. § 3134(c)(3)(A)(i), IRS Notice 2021-20, and IRS ERC

Training Guide 3-31, and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

25. Paragraph 25 contains legal statements. To the extent that paragraph 25 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited CARES Act § 2301(c)(3)(A)(ii), and respectfully refers the Court to that provision, which speaks for itself, and otherwise denies the allegations.

26. Paragraph 26 contains legal statements. To the extent that paragraph 26 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited I.R.C. § 3134(c)(3)(A), and respectfully refers the Court to that provision, which speaks for itself, and otherwise denies the allegations.

*F. Amount of Credit*

27. Paragraph 27 contains legal statements. To the extent that paragraph 27 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the CARES Act, and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

28. Paragraph 28 contains legal statements. To the extent that paragraph 28 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited CARES Act § 2301(a), (b)(1), and

respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

29. Paragraph 29 contains legal statements. To the extent that paragraph 29 contains allegations that the Defendant is required to answer, it admits them to the extent that they are consistent with the text of the cited I.R.C. § 3134(a), (b)(1), and respectfully refers the Court to those provisions, which speak for themselves, and otherwise denies the allegations.

30. The Defendant admits that it has not paid the ERC to the Plaintiff. The remaining allegations in Paragraph 30 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 30.

31. The Defendant admits that the Plaintiff brings this suit to recover the ERC. The remaining allegations in Paragraph 31 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 31.

## V. CAUSES OF ACTION

### *COUNT I: REFUND FOR REDUCTION IN GROSS RECEIPTS*

32. The United States incorporates its responses to Paragraphs 1 through 31 in response to Paragraph 32.

33. The allegations in Paragraph 33 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 33.

### A. Plaintiff is an eligible employer.

34. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 34 concerning the Plaintiff's business. The remaining allegations in Paragraph 34 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 34.

35. The allegations in Paragraph 35 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations set forth in Paragraph 35.

36. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 36 concerning the average number of Plaintiff's employees. The remaining allegations in Paragraph 36 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 36.

### B. Plaintiff meets the significant-decline-in-gross-receipts test.

37. The allegations in Paragraph 37 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegations set forth in Paragraph 37.

38. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 38 concerning the Plaintiff's gross receipts. The remaining allegations in Paragraph 38 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 38.

39. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 39 concerning the percentage decline in the Plaintiff's gross receipts. The remaining allegations in Paragraph 39 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 39.

40. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 40 concerning the percentage decline in the Plaintiff's gross receipts. The remaining allegations in Paragraph 40 contain legal statements. To the extent that they contain allegations that

the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 40.

41.     The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 41 concerning the percentage decline in the Plaintiff's gross receipts. The remaining allegations in Paragraph 41 contain legal statements.  To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 41.

### B. Plaintiff paid qualified wages.

42.     The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 42 concerning the wages paid by the Plaintiff and the number of the Plaintiff's employees. The remaining allegations in Paragraph 42 contain legal statements.  To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 42.

43.     The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 43 concerning the wages paid by the Plaintiff and the number of the Plaintiff's employees. The remaining allegations in Paragraph 43 contain legal statements.  To the extent that they contain

allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 43.

44. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 44 concerning the wages paid by the Plaintiff. The remaining allegations in Paragraph 44 contain legal statements.  To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 44.

45. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 45 concerning the wages paid by the Plaintiff and the number of the Plaintiff's employees. The remaining allegations in Paragraph 45 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 45.

46. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 46 concerning the wages paid by the Plaintiff and the number of the Plaintiff's employees. The remaining allegations in Paragraph 46 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient

information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 46.

47. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 47 concerning the wages paid by the Plaintiff. The remaining allegations in Paragraph 47 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 47.

48. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 48 concerning the wages paid by the Plaintiff and the number of the Plaintiff's employees. The remaining allegations in Paragraph 48 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 48.

49. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 49 concerning the wages paid by the Plaintiff and the number of the Plaintiff's employees. The remaining allegations in Paragraph 49 contain legal statements.  To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 49.

50. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 50 concerning the wages paid by the Plaintiff. The remaining allegations in Paragraph 50 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 50.

51. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 51.

52. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 52.

53. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 53 concerning how the Plaintiff determined gross wages. The remaining allegations in Paragraph 53 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 53.

### D. Plaintiff has paid employment taxes and made a proper claim for refund.

54. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 54.

55. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 55.

56. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 56.

57. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the allegation that set forth in Paragraph 57.

58. The allegations in Paragraph 58 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 58.

59. The allegations in Paragraph 59 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 59.

***E. Defendant has failed to pay Plaintiff's valid ERC refund claim.***

60. The Defendant denies that the Plaintiff filed a refund claim and refers the Court to the allegations in Paragraph 55 alleging that the refund claim was filed by TriNet. The Defendant further lacks sufficient information as to the amount of the refund claim. The remaining allegations in Paragraph 60 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 60.

61. The Defendant admits that it has not processed an ERC claim for the Plaintiff for the quarterly periods at issue. The remaining allegations in Paragraph 61

contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 61.

62. The allegations in Paragraph 62 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 62.

63. The allegations in Paragraph 63 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant admits them to the extent that they are consistent with the quoted text from I.R.C. § 6611(a), and respectfully refers the Court to statute, which speaks for itself. The Defendant lacks sufficient information and knowledge to form a belief as to the truth of the remaining allegations set forth in Paragraph 63.

## VI. JURY TRIAL DEMAND

64. The allegations in Paragraph 64 contain legal statements. To the extent that they contain allegations that the Defendant is required to answer, the Defendant admits that the Plaintiff demands a jury trial on all issues so triable.

## VII. PRAYER FOR RELIEF

No response is required as to the remainder of the Complaint because it is a prayer for relief. To the extent a response is deemed required, the United States denies that Plaintiff is entitled to any relief whatsoever. The United States denies all allegations not otherwise specifically admitted, qualified, or denied.

Wherefore, having responded to the Complaint, the United States respectfully requests that Plaintiffs' claim for refund be denied, the Complaint dismissed, and that the United States be awarded costs, attorneys' fees, and such other relief as the Court determines to be appropriate.

DATE: January 27, 2025

    Respectfully submitted,

    DAVID A. HUBBERT
    Acting Assistant Attorney General

    /s/ Olga L. Tobin
    OLGA L. TOBIN
    Trial Attorney
    Department of Justice Tax Division
    P.O. Box 227
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6322
    Fax: (202) 514-6866
    E-mail: olga.l.tobin@usdoj.gov
    *Counsel for the United States*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

*/s/ Olga L. Tobin*
OLGA L. TOBIN
Trial Attorney
U.S. Dept. of Justice, Tax Division
