IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE KENJA-TRUSANT GROUP, | ) |
| Plaintiff, | ) Case No. 1:24-cv-02592-SAG |
| v. | ) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**JOINT MOTION FOR AN EXTENSION OF TIME**

The Kenjya-Trusant Group, LLC (Plaintiff), by and through undersigned counsel, with counsel for the United States, and under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, hereby jointly move for an Extension of Time. Parties request a sixty-day extension of the United States' time to answer or otherwise respond to Plaintiff's First Amended Complaint and a sixty-day extension of the remaining deadlines in the Court's September 4, 2025, Consent Scheduling Order. In support of this Motion, Plaintiff and the United States state:

1. The extended deadline for the United States to answer or otherwise respond to Plaintiff's First Amended Complaint is October 6, 2025, and, under the current Consent Scheduling Order, discovery in the case begins in November.

2. Counsel for Plaintiff and counsel for the United States have continued engage in active discussions about resolving this case without further litigation.

3. Counsel for both parties believe that the requested additional extension of the deadline for the United States to answer or otherwise respond to Plaintiff's First Amended Complaint and the remaining deadlines in the Court's September 4, 2025, Consent Scheduling Order would facilitate continued settlement discussions.

4.      Whether or not a negotiated resolution concerning the amounts that remain at issue in the case is reached, the United States's answer or other response to Plaintiff's First Amended Complaint will help to define the disputed issues in the case and thus the relevant discovery.

5.      Under the attached Consent Scheduling Order, the parties will have about thirty days after the United States files its answer before discovery begins, which will allow the parties sufficient time to determine what discovery is needed for the issues in dispute.

6.      Based on the foregoing, and pursuant to Fed. R. Civ. P. 6(b)(1)(A), good cause exists for an extension of time and Plaintiff and the United States thus jointly request a sixty (60) day extension of all current pending deadlines.

WHEREFORE, Plaintiff and the United States respectfully request the Court to enter an Order granting an extension of the current deadlines in this matter by sixty (60) days.

DATE: October 1, 2025

Respectfully submitted,

/s/ Paul E. Harold
NATHANIEL S. POLLOCK (31196)
PAUL E. HAROLD
SouthBank Legal
100 East Wayne Street, Suite 300
South Bend, IN 46615
Tel.: (574) 968-0760
Fax: (574) 968-0761
npollock@southbank.legal
pharold@southbank.legal

PETER HAUKEBO (18307)
Frost & Associates, LLC
839 Bestgate Road, suite 400
Annapolis, MD 21401
Peter.Haukebo@frostlaw.com

*Counsel for Plaintiff*

/s/ Olga L. Tobin
OLGA L. TOBIN
Trial Attorney
Department of Justice Tax Division
P.O. Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6322
Fax: (202) 514-6866
E-mail: olga.l.tobin@usdoj.gov
*Counsel for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

                                              */s/ Paul E. Harold*
                                              PAUL E. HAROLD